# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| BARBARA COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 3:20-cv-04033-MGL-PJG |
| ) | |
| WILLIAMS SCOTSMAN, INC. A/K/ ) | |
| WILLSCOT, ) | |
| ) | |
| Defendant. ) | |

## RULE 502(d) PROTECTIVE ORDER

Presently before the Court is a motion by Plaintiff Barbara Coleman and Defendant Williams Scotsman, Inc. A/K/ Willscot for entry of a protective order under Federal Rule of Evidence 502(d). Having carefully considered the Joint Motion, the request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED.**

_____
December 23, 2020                    Paige J. Gossett
Columbia, South Carolina             UNITED STATES MAGISTRATE JUDGE

1